UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HAI DUONG                                              CIVIL ACTION

VERSUS                                                 NO. 18-900

DARREL VANNOY                                          SECTION "R" (4)

# **ORDER**

Before the Court is petitioner Hai Duong's petition for habeus corpus pursuant to 28 U.S.C. § 2254.[1] The Court has reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[2] and the petitioner's objections.[3] The Magistrate Judge correctly determined that petitioner's claims are meritless. Petitioner's objections merely rehash arguments made before the Magistrate Judge and are without merit. The only new argument that petitioner raises in his objections is that he is not required to have exhausted his procedurally defaulted claim because he is a *pro se* litigant. All petitioners, including *pro se* litigants, are subject to the exhaustion requirement. *Saahir v. Collins*, 956 F.2d 115, 118 (5th Cir. 1992) (*pro se* status and ignorance of the law do not

---

[1]   R. Doc. 4.
[2]   R. Doc. 21.
[3]   R. Doc. 22.

excuse procedural default). Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion therein.

Rule 11 of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue." Rules Governing Section 2254 Proceedings, Rule 11(a). A court may issue a certificate of appealability only if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); Rules Governing Section 2254 Proceedings, Rule 11(a) (noting that § 2253(c)(2) supplies the controlling standard). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] 'adequate to deserve encouragement to proceed further.'" *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. MacDaniel*, 529 U.S. 473, 475 (2000)).

For the reasons stated in the Report and Recommendation, petitioner has not made a substantial showing of the denial of a constitutional right.

Accordingly, IT IS ORDERED that the petition is DISMISSED WITH PREJUDICE. The Court will not issue a certificate of appealability.

New Orleans, Louisiana, this __10th__ day of April, 2019.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE